CLARK HILL PLLC
NICHOLAS M. WIECZOREK
Nevada Bar No. 6170
E-mail: nwieczorek@clarkhill.com
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
*Attorney for Defendant*
*Adli Law Group, P.C.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARK STREETER, derivatively on behalf of the shareholders of Glow Threads, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>ARMAN IZADI a/k/a ALEXANDER IZADI a/k/a ARMANI, SANCHO VAN RYAN a/k/a SANCHO JINADASA, BRIAN EPLING, as Trustee of the Orange Trust, THE ORANGE TRUST, BONNIE IZADI a/k/a BONNIE ROBERTS, VIVA LA MERCH d/b/a MY MERCH OR MYMERH.COM AND GLOW THREADS, INC, ADLI LAW GROUP, P.C., GLOW THREADS, INC., as a nominal Defendant for derivative claims and as a direct defendant for the Individual Claims<br><br>Defendants. | CASE NO. 2:18-cv-01916 – RFB-VCF<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE A RESPONSE TO PLAINTIFFS' AMENDED VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT<br><br>(First Request) |

Defendant Adli Law Group, by and through its counsel Nicholas M. Wieczorek of the law firm of CLARK HILL, PLLC, and Plaintiff Mark Streeter, derivatively on behalf of the shareholders of Glow Threads, Inc. by and through its counsel Todd E. Kennedy of the law firm of Kennedy & Couvillier, stipulate and agree to extend the deadline for Defendant to file its response to Plaintiff's Amended Verified Stockholder Derivative Complaint up to and including March 23, 2020.

. . . . .

The reason for this request is that counsel for Defendant has requested additional time to evaluate and prepare an appropriate response to Plaintiff's Amended Verified Stockholder Derivative Complaint, and that there are currently pending motions filed by co-defendants regarding the viability of the current Complaint.

DATED this 5th day of March, 2020.

| KENNEDY & COUVILLIER | CLARK HILL PLLC |
|---|---|
| By: /s/ *Todd E Kennedy* <br> TODD E. KENNEDY <br> Nevada Bar No. 6014 <br> 3271 East Warm Springs Road <br> Las Vegas, Nevada 89120 <br> Telephone: (702) 605-3440 <br> Email: tkennedy@kclawnv.com <br> Attorneys for Plaintiff | By: /s/ *Nicholas M. Wieczorek* <br> NICHOLAS M. WIECZOREK <br> Nevada Bar No. 6170 <br> 3800 Howard Hughes Parkway, Suite 500 <br> Las Vegas, Nevada 89169 <br> Telephone: (702) 862-8300 <br> Email: nwieczorek@clarkhill.com <br> Counsel for Defendant Adli Law Group |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
Magistrate

DATED: 3-6-2020