1    TODD E. KENNEDY, ESQ.
     Nevada Bar No. 6014
2    **KENNEDY & COUVILLIER**
3    3271 E. Warm Springs Rd.
     Las Vegas, Nevada 89120
4    702-605-3440
     Tkennedy@kclawnv.com
5
6    *Attorneys for Plaintiff*

7                        **DISTRICT COURT**

8                   **CLARK COUNTY, NEVADA**

9    Mark Streeter, derivatively on behalf      )    Case No:  2:18-cv-01916-RFB-VCF
10   Of the shareholders of Glow Threads, Inc., )
                                                )
11              Plaintiff,                       )
     v.                                          )
12                                               )
     Arman Izadi a/k/a Alexander Izadi a/k/a     )    **STIPULATION AND ORDER**
13   Armani; Sancho Van Ryan a/k/a Sancho        )    **CONSENTING TO THE FILING OF**
     Jinadasa; Brian Epling, as the trustee of   )    **SECOND AMENDED COMPLAINT**
14   The Orange Trust; The Orange Trust;         )    **AND EXTENDING TIME TO**
     Bonnie Izadi a/k/a Bonnie Roberts; Viva     )    **RESPOND TO MOTION TO DISMISS**
15   La Merch d/b/a My Merch or                  )
     MYMERH.COM and Glow Threads, Inc.;          )    [FIRST REQUEST]
16   Adli Law Group, P.C.; Glow Threads, Inc.,   )
17   As a nominal Defendant for derivative       )
     Claims and as a direct defendant for the    )
18   Individual Claims,                          )
                                                )
19                                               )
                Defendants.                      )
20   _____ )

21
22         Plaintiff Mark Streeter and Defendants Arman Izadi, Sancho Van Ryan, Brian Epling (as

23   trustee for the Orange Trust), Bonnie Izadi, Glow Threads, Inc. and Adli Law Group, P.C., by

24   and through their counsel, stipulate as follows:

25         1.      Defendants filed a Motion to Dismiss (ECF No. 25) the First Amended Complaint

26   on February 27, 2020.  A response to that motion is due on March 12, 2020.

27         2.      Plaintiff has indicated a desire to file a Second Amended Complaint rather than

28
                                    Page 1 of 3

KENNEDY & COUVILLIER, PLLC
3271 E. Warm Springs Rd. ● Las Vegas, NV 89120
Ph. (702) 605-3440 ● FAX: (702) 625-6367
www.kclawnv.com

litigate the issues raised in the Motion to Dismiss under the First Amended Complaint.

3. Defendants consent to the filing by Plaintiff of a Second Amended Complaint. In order to provide time for Plaintiff's counsel, who is new to this case, to collect information and prepare an amended pleading, the Parties agree that Plaintiff shall have until March 23, 2020 to file a Second Amended Complaint. If Plaintiff files a Second Amended Complaint, Defendants Motion To Dismiss (ECF No. 25) shall be withdrawn and moot.

4. The Parties further stipulate that, to provide time for Plaintiff's counsel to prepare a Second Amended Complaint, the time for Plaintiff to respond to the Motion to Dismiss shall be extended to March 23, 2020 as well to avoid unnecessary motions practice on the existing motion to dismiss.

5. Defendants by consenting to the above reserve all rights, arguments and defenses and their stipulation consenting the filing of a Second Amended Complaint in no way agrees or concedes that sufficiency of that amended pleading and they reserve the right to file any appropriate motion in response.

6. If Plaintiff files the Second Amended Complaint, Defendants shall have until April 13, 2020, in which to answer or otherwise respond.

7. This is the first request to extend time to respond to the Motion to Dismiss (ECF

///
///
///
///
///
///
///
///
///

KENNEDY & COUVILLIER, PLLC
3271 E. Warm Springs Rd. ◆ Las Vegas, NV 89120
Ph. (702) 605-3440 ◆ FAX: (702) 625-6367
www.kclawnv.com

No. 25] and is made in good faith and not for the purpose of delay.

Dated this 12th day of March 2020.

KENNEDY & COUVILLIER                    CLARK HILL PLLC


By: ___/s/ Todd E. Kennedy, Esq.___      By:___/s/ Mark Dzarnoski, Esq.___
    TODD E. KENNEDY, ESQ.                    MARK DZARNOSKI. ESQ.
    Nevada Bar No.  6014                            Nevada Bar No. 6696
    3271 E. Warm Springs Rd.                    3800 Howard Hughes Parkway,
    Las Vegas. Nevada 89120                      Suite 500
    Tel:  (702) 608-7931                              Las Vegas, Nevada  89169
    Email: tkennedy@kclawnv.com              Telephone:(702) 862-8300
                                                              Email: mdzrarnoski@clarkhill.com
*Counsel for Plaintiff Mark Streeter*

*Counsel for Defendants Arman Izadi,*
*Sancho Van Ryan,*
JENNINGS & FULTON, LTD.                  *Bonnie Izadi, and Glow Threads, Inc*

CLARK HILL PLLC


By:___Adam R. Fulton, Esq._____        By: __/s/ Nicholas M.  Wieczorek, Esq.
    JARED B. JENNINGS, ESQ.                    NICHOLAS M. WIECZOREK, ESQ
    Bar No. 7762                                        Nevada Bar No. 6170
    ADAM R. FULTON, ESQ.                        3800 Howard Hughes Parkway,
    Bar No. 11572                                      Suite 500
    LOGAN WILSON, ESQ.                          Las Vegas, Nevada  89169
    Bar No. 14967                                      Telephone:(702) 862
    2580 Sorrel Street                                Email: nwieczorek@clarkhill.com
    Las Vega Nevada 89146
    Tel: (702) 979-3565                              *Counsel for Defendant Adli Law Group*
    Email:  jjennings@jfnvlaw.com
    Email:  afulton@jfnvlaw.com
    Email:  logan@jfnvlaw.com

*Attorneys for Brian Epling as trustee for The*
*Orange Trust*


### ORDER

IT IS SO ORDERED.


_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this   13th day of March, 2020.

Page 3 of 3

KENNEDY & COUVILLIER, PLLC
3271 E. Warm Springs Rd. ◆ Las Vegas, NV 89120
Ph. (702) 605-3440 ◆ FAX: (702) 625-6367
www.kclawnv.com