CLARK HILL PLLC
MARK S. DZARNOSKI, ESQ.
Nevada Bar No. 3398
E-mail: mdzarnoski@clarkhill.com
MICHAEL V. CRISTALLI, ESQ.
Nevada Bar No. 6696
E-mail: mcristalli@clarkhill.com
JOHN A. HUNT, ESQ.
Nevada Bar No. 1888
E-mail: jhunt@clarkhill.com
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
*Attorneys for Defendants Arman Izadi
aka Alexander Izadi
aka Armani; Sancho Van Ryan
aka Sancho Jinadasa; Bonnie Izadi
aka Bonnie Roberts;
Glow Threads, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Mark Streeter, derivatively on behalf Of the shareholders of Glow Threads, Inc., <br> Plaintiff, <br><br> v. <br><br> Arman Izadi a/k/a Alexander Izadi a/k/a Armani; Sancho Van Ryan a/k/a Sancho Jinadasa; Brian Epling, as the trustee of The Orange Trust; The Orange Trust; Bonnie Izadi a/k/a Bonnie Roberts; Adli Law Group, P.C.; Anthony DiMonte; and Glow Threads, Inc., As a nominal Defendant for derivative claims, <br><br> Defendants. | CASE NO: 2:18-cv-01916-RFB-VCF <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** <br> **(FIRST REQUEST)** |

Plaintiff Mark Streeter and Defendants Arman Izadi, Sancho Van Ryan, Brian Epling (as trustee for the Orange Trust), Bonnie Izadi, Glow Threads, Inc., Adli Law Group, P.C. and

ClarkHill\J1175\390842\223744662.v1-4/17/20

Anthony DiMonte, by and through their counsel, hereby respectfully submit this Stipulation and Order Extending Time for Defendants to Respond to Plaintiff's Second Amended Complaint. This Stipulation is made in accordance with LR 6-1, LR 6-2, and LR II 7-1 of the Local Rules of this Court.  This is the first request for an extension of time to file a response to Plaintiff's Second Amended Complaint.

Plaintiff's Second Amended Complaint [ECF 34] was filed on March 23, 2020.  The Response to Plaintiff's Second Amended Complaint is due April 17, 2020.

Upon agreement by and between all the parties, the undersigned respectfully requests that this Court grant an extension of time in which the Response to Plaintiff's Second Amended Complaint currently due April 17, 2020 be extended for a period of two (2) weeks up to and including May 1, 2020.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

ClarkHill\J1175\390842\223744662.v1-4/17/20

The reason for this request is that the COVID 19 emergency and related limitations have significantly hampered Defendants' ability to complete their Response to Plaintiff's Second Amended Complaint.

| | |
|---|---|
| CLARK HILL, PLLC | KENNEDY & COUVILIER |
| By: //s// Michael V. Cristalli<br>MARK DZARNOSKI. ESQ.<br>Nevada Bar No. 6696<br>MICHAEL V. CRISTALLI, ESQ.<br>Nevada Bar No. 6696<br>JOHN A. HUNT, ESQ.<br>Nevada Bar No. 1888<br>E-mail: jhunt@clarkhill.com<br>3800 Howard Hughes Parkway, Suite 500<br>Las Vegas, Nevada 89169<br>Telephone: (702) 862-8300<br>Email:  mdzarnoski@clarkhill.com<br>Email: mcristalli@clarkhill.com<br>*Attorneys for Defendants Arman Izadi aka Alexander Izadi aka Armani; Sancho Van Ryan aka Sancho Jinadasa; Bonnie Izadi aka Bonnie Roberts; Glow Threads, Inc.* | By: //s// Todd E. Kennedy<br>TODD E. KENNEDY, ESQ.<br>Nevada Bar No. 6014<br>3271 E. Warm Springs Rd.<br>Las Vegas. Nevada 89120<br>Tel: (702) 608-7931<br>Email: tkennedy@kclawnv.com<br>*Counsel for Plaintiff Mark Streeter* |
| CLARK HILL, PLLC<br><br>By: //s// Nicholas M. Wieczorek<br>NICHOLAS M. WIECZOREK, ESQ.<br>Nevada Bar No. 6170<br>3800 Howard Hughes Parkway, Suite 500<br>Las Vegas, Nevada 89169<br>Telephone: (702) 862-8300<br>Email: nwieczorek@clarkhill.com<br>*Counsel for Defendants, Adli Law Group and Anthony DiMonte* | JENNINGS & FULTON, LTD.<br><br>By: //s// Adam R. Fulton<br>JARED B. JENNINGS, ESQ.<br>Nevada Bar No. 7762<br>ADAM R. FULTON, ESQ.<br>Nevada Bar No. 11572<br>LOGAN WILSON, ESQ.<br>Nevada Bar No. 14967<br>2580 Sorrel Street<br>Las Vega Nevada 89146<br>Tel: (702) 979-3565<br>Email: jjennings@jfnvlaw.com<br>Email: afulton@jfnvlaw.com<br>Email: logan@jfnvlaw.com<br>*Counsel for Brian Epling as trustee for The Orange Trust* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

April 20, 2020

ClarkHill\J1175\390842\223744662.v1-4/17/20