TODD E. KENNEDY, ESQ.
Nevada Bar No. 6014
**KENNEDY & COUVILLIER**
3271 E. Warm Springs Rd.
Las Vegas, Nevada 89120
702-605-3440
Tkennedy@kclawnv.com

*Attorneys for Plaintiff Mark Streeter*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Mark Streeter, derivatively on behalf Of the shareholders of Glow Threads, Inc., <br><br> Plaintiff, <br> v. <br><br> Arman Izadi a/k/a Alexander Izadi a/k/a Armani; Sancho Van Ryan a/k/a Sancho Jinadasa; Brian Epling, as the trustee of The Orange Trust; The Orange Trust; Bonnie Izadi a/k/a Bonnie Roberts; Adli Law Group, P.C.; Anthony DiMonte; and Glow Threads, Inc., As a nominal Defendant for derivative claims, <br><br> Defendants. | Case No:  2:18-cv-01916-RFB-VCF <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITIONS TO MOTIONS TO DISMISS** <br> [First Request] |

    Plaintiff Mark Streeter and Defendants Arman Izadi, Sancho Van Ryan, Brian Epling (as trustee for the Orange Trust), Bonnie Izadi, Glow Threads, Inc., Adli Law Group, P.C. and Anthony DiMonte, by and through their counsel, hereby respectfully submit this Stipulation and Order Extending Time for Plaintiff to Respond to the Motion To Dismiss filed by Defendants Adli Law Group and Anthony DiMonte (ECF No. 43) and the Motion To Dismiss filed by Arman Izadi, Sancho Van Ryan, Brian Epling, Bonnie Izadi and Glow Threads, Inc. (ECF No. 47).

1. On Thursday, April 30, 2020, Anthony DiMonte and Adli Law Group filed a Motion to Dismiss the Second Amended Verified Stockholder Derivative Complaint. Under the Rules, an Opposition is presently due on Thursday, May 14, 2020. (ECF No. 43).

2. On Friday, May 1, 2020, Defendants Arman Izadi, Sancho Van Ryan, Brian Epling, Bonnie Izadi and Glow Threads, Inc. filed a Motion to Dismiss the Second Amended Verified Stockholder Derivative Complaint. (ECF No.47). An Opposition is presently due on Friday, May 15, 2020.

3. This Stipulation is made in accordance with LR 6-1, LR 6-2, and LR II 7-1 of the Local Rules of this Court. This is the first request for an extension of time to file a response to the motions to dismiss. The reason for this request is that the COVID 19 emergency and related limitations have significantly hampered Plaintiff's ability to complete his responses to the Motions to Dismiss.

4. Accordingly, the Parties stipulate and agree that Plaintiff's time to respond to the Motions to Dismiss (ECF Nos. 43 and 47) is extended to Friday, May 22, 2020.

CLARK HILL, PLLC

By: /s/ Mark Dzarnoski, Esq.
MARK DZARNOSKI. ESQ.
Nevada Bar No. 6696
MICHAEL V. CRISTALLI, ESQ.
Nevada Bar No. 6696
JOHN A. HUNT, ESQ.
Nevada Bar No. 1888
E-mail: jhunt@clarkhill.com
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 862-8300
Email: mdzarnoski@clarkhill.com
Email: mcristalli@clarkhill.com
*Attorneys for Defendants Arman Izadi aka Alexander Izadi aka Armani; Sancho Van Ryan aka Sancho Jinadasa; Bonnie Izadi aka Bonnie Roberts; Brian Epling and Glow Threads, Inc.*

By: /s/ Nicholas M. Wieczorek, Esq.
NICHOLAS M. WIECZOREK, ESQ.
Nevada Bar No. 6170
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 862-8300
Email: nwieczorek@clarkhill.com
*Counsel for Defendants, Adli Law Group and Anthony DiMonte*

KENNEDY & COUVILLIER, PLLC

CLARK HILL, PLLC

By: /s/ Todd E. Kennedy, Esq.
TODD E. KENNEDY, ESQ.
Nevada Bar No. 6014
3271 E. Warm Springs Rd.
Las Vegas, Nevada 89120
702-605-3440
Tkennedy@kclawnv.com

*Attorneys for Plaintiff Mark Streeter*

IT IS SO ORDERED.

**ORDER**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 14th day of May, 2020.