TODD E. KENNEDY, ESQ.
Nevada Bar No. 6014
**KENNEDY & COUVILLIER**
3271 E. Warm Springs Rd.
Las Vegas, Nevada 89120
702-605-3440
Tkennedy@kclawnv.com

*Attorneys for Plaintiff Mark Streeter*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Mark Streeter, derivatively on behalf Of the shareholders of Glow Threads, Inc.,<br><br>Plaintiff,<br>v.<br><br>Arman Izadi a/k/a Alexander Izadi a/k/a Armani; Sancho Van Ryan a/k/a Sancho Jinadasa; Brian Epling, as the trustee of The Orange Trust; The Orange Trust; Bonnie Izadi a/k/a Bonnie Roberts; Adli Law Group, P.C.; Anthony DiMonte; and Glow Threads, Inc., As a nominal Defendant for derivative claims,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTION 2:18-cv-02335-RFB | Case No: 2:18-cv-01916-RFB-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

The Parties through their counsel, stipulate and jointly request as follows:

1. Pursuant to the global settlement agreement entered into by the parties fully resolving this action and the consolidated action, Case No. 2:18-cv-02335-RFB, the Court entered an Order approving the derivative action settlement on March 30, 2023 (ECF No. 106).

2. As part of ECF No. 106, the Court ordered that the Parties must submit the

1

Stipulation to Dismiss by March 31, 2023.

3.   Pursuant to the Settlement Agreement and this Court's Order, the Parties stipulate that both this action and the consolidated action may be dismissed with prejudice, each party to bear its own fees and costs.

4.   Because the Court's order directed the filing of this Stipulation to Dismiss prior to the delivery of all the settlement consideration to Mr. Streeter, the Parties agree that the Court retains jurisdiction for the purpose of enforcing any term of the settlement agreement.

Dated this 31st day of March 2023

CLARK HILL, PLLC

By: //s// Mark Dzarnoski, Esq.
MARK DZARNOSKI. ESQ.
Nevada Bar No. 6696
MICHAEL V. CRISTALLI, ESQ.
Nevada Bar No. 6696
JOHN A. HUNT, ESQ.
Nevada Bar No. 1888
E-mail: jhunt@clarkhill.com
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 862-8300
Email: mdzarnoski@clarkhill.com
Email: mcristalli@clarkhill.com
*Attorneys for Defendants Arman Izadi aka Alexander Izadi aka Armani; Sancho Van Ryan aka Sancho Jinadasa; Bonnie Izadi aka Bonnie Roberts; Glow Threads, Inc. and Brian Epling*

CLARK HILL, PLLC

By: //s//  Nicholas M. Wieczorek
NICHOLAS M. WIECZOREK, ESQ
Nevada Bar No. 6170
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 862-8300
Email: nwieczorek@clarkhill.com
*Counsel for Defendants, Adli Law Group and Anthony DiMonte*

KENNEDY & COUVILIER

/s/ Todd E. Kennedy, Esq
TODD E. KENNEDY, ESQ.
Nevada Bar No.  6014
3271 E. Warm Springs Rd.
Las Vegas. Nevada 89120
Tel: (702) 608-7931
Email: tkennedy@kclawnv.com
*Counsel for Plaintiff Mark Streeter*

**ORDER**

IT IS SO ORDERED.

DATED: ___March 31, 2023.___



_____
HON. RICHARD F. BOULWARE, II
UNITED STATES DITRICT JUDGE

2